UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KASHIF AFTAB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director, )<br>United States Citizenship and Immigration )<br>Services, et al., )<br>)<br>Defendants. )<br>_____ ) | Case Number: 1:07CV2080(RWR) |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due February 21, 2008. Defendants' answer currently is due January 22, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion. However, Plaintiff had not yet responded as of the time this motion was filed. In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen of Pakistan. Plaintiff filed a mandamus complaint asking the Court to compel Defendants to complete adjudication of Plaintiff's adjustment of status application. Plaintiff alleges that Defendants have unreasonably delayed their adjudication. Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's factual

allegations, and the facts that support any defense Defendants may raise. Although the undersigned Assistant United States Attorney has made a good faith effort to complete that factual investigation and review of the record in advance of the current filing deadline, she has been unable to do so. Accordingly, Defendants request a 30-day enlargement of time to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: January 16, 2008                              Respectfully submitted,


                                                     /s/
                                                     JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                     United States Attorney

                                                     /s/
                                                     RUDOLPH CONTRERAS, D.C. BAR #434122
                                                     Assistant United States Attorney

                                                     /s/ Robin M. Meriweather
                                                     ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                     Assistant United States Attorney
                                                     555 Fourth St., N.W.
                                                     Washington, D.C.  20530
                                                     Phone: (202) 514-7198   Fax: (202) 514-8780
                                                     Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2008, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland
Maggio & Kattar
11 Dupont Cirle, NW Suite 775
Washington, DC 20036

                                                  /s/
                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
KASHIF AFTAB,                         )
                                      )
            Plaintiff,                )
                                      )
    v.                                )   Case Number:  1:07CV2080(RWR)
                                      )
EMILIO T. GONZALEZ, Director,         )
United States Citizenship and Immigration )
Services, et al.,                     )
                                      )
            Defendants.               )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to

Plaintiff's Complaint by February 21, 2008.

SO ORDERED.

_____
United States District Judge