# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KASHIF AFTAB,<br><br>         Plaintiff,<br><br>  v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration<br>Services, et al.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07-cv-2080-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Special Assistant United States Attorney Brandon Lowy as counsel for Defendants in the above-captioned action.

Respectfully submitted,

/s/ Brandon L. Lowy
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov