# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASHIF AFTAB, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>EMILIO T. GONZALEZ, Director, 　　　　　　)<br>U.S. Citizenship and Immigration Services, et al. )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants. 　　　　　　　　　　) | Case Number: 1:07-CV-2080-RWR |

## MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a 2 business-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due February 25, 2008. Defendants' answer is currently is due February 21, 2008. In accordance with Local Civil Rule 7(m), counsel for Defendants contacted counsel for Plaintiff to request Plaintiff's position on this motion. However, Plaintiff had not yet had the opportunity to respond as of the time this motion was filed.

There is good cause to grant this enlargement motion. Defendants intended to file a Rule 12(b) motion in response to the complaint today, February 21, 2008. However, during the review process this evening, counsel for Defendants discovered an error in the declaration that will be attached to that motion. The declarant was no longer in the office, and therefore could not correct that error and sign a corrected declaration prior to the filing deadline. Accordingly, Defendants seek a modest enlargement of time, to provide time to correct that issue. Granting this modest enlargement should cause no prejudice.

Dated: February 21, 2008

                Respectfully submitted,

                  /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                  /s/
                RUDOLPH CONTRERAS, D.C. BAR #434122
                Assistant United States Attorney

                  /s/
                BRANDON L. LOWY
                Special Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, DC  20530
                Phone: (202) 307-0364 Fax: (202) 514-8780
                Brandon.Lowy@usdoj.gov

                  /s/
                ROBIN M. MERIWEATHER, DC BAR # 490114
                Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, DC  20530
                Phone: (202) 514-7198 Fax: (202) 514-8780
                Robin.Meriweather2@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KASHIF AFTAB,

        Plaintiff,

  v.

EMILIO T. GONZALEZ, Director,
U.S. Citizenship and Immigration Services, et al.

        Defendants.

Case Number: 1:07-CV-2080-RWR

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time, it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due February 25, 2008.

SO ORDERED.

_____
United States District Judge