UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASHIF AFTAB ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civ. No.: 07-2080(RWR) |
| ) | |
| EMILIO T. GONZALEZ, Director ) | |
| U.S. Citizenship and Immigration Services, ) | |
| Et al. ) | |
| ) | |
| Defendants. ) | |

## OPPOSITION TO DEFENDANTS' MOTION
## FOR ENLARGEMENT OF TIME TO FILE ANSWER

The Plaintiff, KASHIF AFTAB, respectfully opposes the Defendants' Motion for Enlargement of Time to File Answer in the above-captioned case. The Plaintiff filed a verified complaint for mandamus and declaratory judgment with this Court on November 15, 2007. The U.S. Government Defendants were properly served and an answer was originally due on or before January 22, 2008. *See* Fed. R. Civ. P. 12(a)(3)(A). The Defendants received a 30 day enlargement of time previously, which Plaintiff did not oppose, making their answer to Plaintiff's complaint due on or before February 21, 2008. The Defendants have not presented good cause for a second extension of time to answer the Plaintiff's complaint. Accordingly, the Defendants' motion for extension should be denied.

The Plaintiff's underlying complaint is an action for mandamus and declaratory relief pursuant to 28 U.S.C. §§1331 and 1361, 5 U.S.C. §§555(b) and 702, and the Immigration and Nationality Act ("INA") and its related regulations. As set forth in his complaint, the Plaintiff seeks to compel the Defendants, in particular U.S. Citizenship and Immigration Services ("CIS"), to adjudicate his long-delayed application for adjustment of status to lawful permanent

resident. The Defendants have unreasonably withheld action on that application for more than five years, to the serious and ongoing detriment of the Plaintiff, whose freedoms have been severely limited by the delay in his application for permanent residence in the United States. Plaintiff has resided in the United States for over 15 years, is a successful professional, and the father of a U.S. citizen child, but his life has been effectively on hold for the past five years due to his indefinite immigration status. An additional motion for enlargement of time is further evidence of the unreasonable delay by the Defendants in adjudicating Plaintiff's application for permanent residence.

On January 21, 2008, at approximately 7:00 p.m., Special Assistant U.S. Attorney Brandon Lowy, counsel for the Defendants, contacted the offices of undersigned counsel to request an extension of time. Mr. Lowy asserted that a problem with a declaration to be attached as an exhibit rendered the Defendants unable to file a timely response, despite having been granted an additional 30 days to respond. At approximately 7:30 p.m., counsel for the Defendants filed a Motion for Enlargement of Time to File Answer.

The Government has failed to present good cause for an extension of time. *See* Fed. R. Civ. P. 6(b); *see Jackson v. Finnegan, Farabow, Garrett & Dunner*, 101 F.3d 145 (D.D.C. 1996). Defendants had previously been granted a 30 day enlargement of time to respond to Plaintiff's complaint. Failure on the part of Defendants to review and revise all materials and supporting declarations with their legal representative from the U.S. Attorney's Office prior to the close of business on the date on which their response is due does not amount to "good cause" for an extension of time.

The Plaintiff is opposed to any further extension of time in this case. Such agency delay is characteristic of the treatment that the Plaintiff has endured since applying for adjustment of

status in October 2002. In fact, the sole basis for the Plaintiff's underlying complaint is the unreasonable delay by CIS and its fellow U.S. Government Defendants in adjudicating his meritorious adjustment of status application. Further delay will only perpetuate the harm already suffered by the Plaintiff, who clearly has been prejudiced by the Government's inaction. The Defendants have already been afforded 90 days within which to respond to the Plaintiff's complaint; a further extension of time is not justified.

WHEREFORE, the Plaintiff respectfully opposes the Defendants' motion for extension of time to move, answer or otherwise respond to the Plaintiff's complaint. A proposed order denying the relief sought is attached hereto.

Respectfully submitted this 22nd day of February 2007,

KASHIF AFTAB
*By counsel,*


_____
Thomas K. Ragland
DC Bar Number: 501021

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
Phone: (202) 483-0053 / Fax: (202) 483-6801
tragland@maggio-kattar.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASHIF AFTAB ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civ. No.: 07-2080(RWR) |
| ) | |
| EMILIO T. GONZALEZ, Director ) | |
| U.S. Citizenship and Immigration Services, ) | |
| Et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, and the

Plaintiff's opposition thereto, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is DENIED.

_____
United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KASHIF AFTAB ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civ. No.: 07-2080(RWR) |
| ) | |
| EMILIO T. GONZALEZ, Director ) | |
| U.S. Citizenship and Immigration Services, ) | |
| Et al. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Thomas K. Ragland, hereby certify that on February 22, 2008 a true and correct copy of the foregoing Opposition to Defendants' Motion for Enlargement of Time to File Answer was filed via the electronic case filing system and thereby served upon:

> Brandon Lowy
> Special Assistant U.S. Attorney
> 555 4th Street, NW
> Washington, DC 20530.

_____/s/_____
Thomas K. Ragland

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

Phone: (202) 483-0053
Fax: (202) 483-6801
tragland@maggio-kattar.com