UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KASHIF AFTAB,                       )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )   Case Number: 1:07-CV-2080-RWR
EMILIO T. GONZALEZ, Director,       )
U.S. Citizenship and Immigration Services, et al.  )
                                    )
            Defendants.             )
_____ )

**DEFENDANTS' OPPOSED MOTION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR ENLARGEMENT OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER**

Defendants, by and through their undersigned attorneys, respectfully request that the Court clarify the deadline for their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer.  Specifically, Defendants seek clarification that the reply deadlines set forth in Local Civil Rule 7(d), calculated in accordance with Federal Rule of Civil Procedure 6, should be calculated by reference to the date on which Plaintiffs' Opposition is accepted for filing by the Court.  In the alternative, Defendants move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants an enlargement of time to file the Reply, making the Reply due ten days following the court's ruling on Plaintiff's Motion for Leave to File Excess Pages, or ten days following the date on which Plaintiff files a revised Opposition brief that complies with the page limitations of Local Civil Rule 7(e), whichever is later.

There is good cause to grant this motion.  If Plaintiff had filed an opposition memorandum that complied with the Local Rules, Defendants' reply would be due March 14, 2008.  However, Plaintiff's opposition memorandum exceeds the page limits of Local Rule 7(e),

and Plaintiff therefore could not file the memorandum without first obtaining leave of Court to exceed those page limitations.  See Local Civil Rule 7(e).  On March 5, 2008, the Court issued a Notice of Corrected Docket Entry, which indicated that Plaintiff's Memorandum in Opposition was entered in error as a premature filing and was being attached to Plaintiff's Motion for Leave to File Excess Pages.  The motion for leave to file remains pending.  Defendants' current understanding is that they should wait for the judgment of the Court on Plaintiff's pending motion for leave before filing another brief, because while that motion remains pending, there is no properly filed opposition memorandum to which Defendants can reply. That would be consistent with the Local Rules' treatment of amended pleadings attached to motions for leave to file, which are deemed filed and served on the date on which the Court grants leave for the amended pleading to be filed. See Local Civ. Rule 15.1.  For this reason Defendants are filing the instant motion.

In the alternative, and as a protective measure, Defendants seek an enlargement of time to file their reply brief.  While the motion for leave remains pending, Defendants cannot determine whether the final filed version of Plaintiff's opposition brief will be identical to the version attached to the motion for leave to file excess pages.  Thus, if Defendants draft their reply to respond to that opposition brief, it may address arguments that will be deleted from, or presented differently in, the final filed version of the Opposition brief.  If the Court denies Plaintiff's motion for leave to file excess pages, Plaintiff will have to revise and re-file the opposition brief. Requiring Defendants to submit their reply before that occurs would give Plaintiff an unfair advantage, as his attorneys would be able to read Defendants' reply prior to revising their opposition brief.

In accordance with Local Civil Rule 7(m), counsel for Defendants contacted counsel for Plaintiff and learned that Plaintiff opposes this motion. Granting this enlargement should cause no prejudice, as Defendants should be clear as to the proper Opposition brief to which they should reply.  Denying this motion would potentially prejudice Defendants, for the reasons discussed above.

Dated: March 11, 2008

                                  Respectfully submitted,

                                  _____/s/_____
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                  _____/s/_____
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

                                  _____/s/_____
                                  BRANDON L. LOWY
                                  Special Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Washington, DC  20530
                                  Phone: (202) 307-0364 Fax: (202) 514-8780
                                  Brandon.Lowy@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
KASHIF AFTAB,                            )
                                            )
        Plaintiff,          )
                                            )
  v.                            )
                                            )  Case Number: 1:07-CV-2080-RWR
EMILIO T. GONZALEZ, Director,      )
U.S. Citizenship and Immigration Services, et al.  )
                                            )
        Defendants.       )
_____)

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time, it is this _____ day of _____, 2008,

_____ ORDERED that Defendants' Motion for Clarification be and is hereby GRANTED.

It is further ORDERED that:

_____ Defendants' reply shall be due _____, 2008, because Plaintiff's Opposition has been accepted for filing by the Court on _____, 2008; and/or

_____ ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that:

_____ Defendants' reply shall be due _____, 2008, ten days following the date of this order because Plaintiff's Motion to File Excess Pages has been GRANTED; or

_____ Defendants' reply shall be due _____, 2008, ten days following the date Plaintiff's revised Opposition is due _____, 2008, because Plaintiff's Motion to File Excess Pages has been DENIED.

SO ORDERED.

                                          _____
                                          United States District Judge