UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KASHIF AFTAB,                       )
                                    )
                  Plaintiff,        )
                                    )
     v.                             )
                                    )  Case Number: 1:07-CV-2080-RWR
EMILIO T. GONZALEZ, Director,       )
U.S. Citizenship and Immigration Services, et al. )
                                    )
                  Defendants.       )
_____)

**DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER**

Defendants respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a two week enlargement of time to file a reply in support of Defendants' Motion to Dismiss, or in the Alternative to Transfer, making Defendants' Reply due April 21, 2008. Defendants' reply is currently due April 7, 2008.

There is good cause to grant this enlargement motion. Plaintiff's original opposition memorandum exceeded the page limits of Local Rule 7(e), and Plaintiff therefore could not file the memorandum without first obtaining leave of Court to exceed those page limitations. See Local Civil Rule 7(e); Dkt. Entry 17. On March 5, 2008, the Court issued a Notice of Corrected Docket Entry, which indicated that Plaintiff's Memorandum in Opposition was entered in error as a premature filing and was being attached to Plaintiff's Motion for Leave to File Excess Pages. At that moment, there was no properly filed opposition memorandum to which Defendants could reply. In an abundance of caution, Defendants subsequently filed a Motion for Clarification, or in the Alternative, For an Extension of Time, because they could not determine

whether the final filed version of Plaintiff's opposition brief would contain the same arguments and references as the version attached to the motion for leave to file excess pages. See Dkt. Entry 18.

In a minute order on March 24, 2008, the Court denied Plaintiff's Motion for Leave to File Excess Pages, and required Plaintiff to file a shortened opposition. Plaintiff filed a memorandum of the Local Rule maximum of 45 pages on March 28, 2008, which features 80 pages of exhibits. See Dkt. Entry 19; Local Civil Rule 7(e). In accordance with Local Civil Rule 7(m), the undersigned counsel contacted counsel for Plaintiff regarding a two-week extension motion via e-mail after business hours on Wednesday, April 2, 2008. The following day, Plaintiff's counsel counter-proposed an extension until April 11, 2008 via telephone. Undersigned counsel had that explained that he had an answer due in one case in the Eastern District of Pennsylvania on April 4, 2008, as well as an answer due to Judge Lamberth of this District on April 11, 2008, but would aim to file a reply by April 16, 2008. See 2:07-cv-5216-MLC (E.D.Pa.); see also 1:07-cv-2139-RCL. Plaintiff opposed such a schedule. Although Plaintiff would consent to an extension until April 11, 2008, undersigned counsel believes that Defendants will require additional time for the reasons discussed above. Although undersigned counsel will endeavor to file a reply as promptly as possible after April 11, in an abundance of caution Defendants respectfully request an extension until April 21, 2008, for undersigned counsel to complete a review of Plaintiff's opposition, consult with agency counsel and prepare a proper reply for client and supervisory review prior to filing it with the Court.

Denying this motion would likely prejudice Defendants, who need the time requested in order to work with agency counsel on a reply to Plaintiff's extensive opposition.

Dated: April 4, 2008

                                          Respectfully submitted,

                                          _____/s/_____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                          _____/s/_____
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney


                                          _____/s/_____
                                          BRANDON L. LOWY
                                          Special Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, DC  20530
                                          Phone: (202) 307-0364 Fax: (202) 514-8780
                                          Brandon.Lowy@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
KASHIF AFTAB,                       )
                                    )
           Plaintiff,             )
                                    )
   v.                              )
                                    )  Case Number: 1:07-CV-2080-RWR
EMILIO T. GONZALEZ, Director,       )
U.S. Citizenship and Immigration Services, et al.  )
                                    )
           Defendants.            )
_____)

**ORDER**

      Upon consideration of Defendants' Motion for Enlargement of Time, it is this _____

day of _____, 2008,


      ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

      It is further ORDERED that Defendants' reply shall be due _____, 2008;


      SO ORDERED.


                                              _____
                                              United States District Judge